CHRISTOPHER J. CHRISTIE
United States Attorney
By: DAVID E. MALAGOLD
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey 07102
(973) 645-2700

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Hon. Dickinson R. Debevoise |
| v. | : Criminal No. 07-509 (DRD) |
| ERIC CORBIN, <br> a/k/a "Bang" | : CONSENT JUDGMENT <br> AND PRELIMINARY <br> : ORDER OF FORFEITURE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, (Assistant United States Attorney David E. Malagold, appearing), for the entry of a consent judgment and preliminary order of forfeiture, and defendant Eric Corbin (Carl Herman, Esq., appearing) having consented to the request; and the Court having found that:

**WHEREAS,** in accordance with the Plea Agreement filed on or about _Dec. 18_, 2007 entered into between the United States of America and defendant Eric Corbin in the above matter, the defendant, pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), has agreed to forfeit to the United States the following property:

(1) .20 gauge Ithaca Shotgun Model 37, serial number 195744;

(2) .357 Taurus Revolver, serial number 794591;

(3) seven (7) rounds of .357 ammunition;

(4) two (2) .20 gauge Winchester shotgun shells;

(5) one box of Wolf Performance Ammunition containing 42 9mm rounds;

(6) one box of .357 Winchester rounds containing 34 rounds;

(7) one box of .25 Auto Winchester rounds containing seven (7) rounds;

(8) one box of .32 Auto Winchester rounds containing 19 rounds; and

(9) one Second Chance bulletproof vest, serial number 01990926

(hereinafter the "Forfeited Property"); and

**WHEREAS,** defendant, Eric Corbin has specifically acknowledged notice of the criminal forfeiture, consented to the entry of a Consent Judgment and Preliminary Order of Forfeiture, and waived his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2(a) and 43(a); and

**WHEREAS,** defendant, Eric Corbin, has agreed not to contest the forfeiture of the above referenced property;

**WHEREAS,** by virtue of the above, the United States is now entitled to possession of the Forfeited Property pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS,** defendant Eric Corbin has waived and abandoned all right, title and interest in the Forfeited Property; and defendant Eric Corbin has further

waived, released and withdrawn any claim that defendant may have made with respect to the Forfeited Property, and waived and released any claim that defendant might otherwise have made to that property in the future; and

**WHEREAS**, defendant Eric Corbin having consented to the destruction of the Forfeited Property; and for good and sufficient cause shown;

It is hereby **ORDERED, ADJUDGED AND DECREED**:

1. That the Forfeited Property, specifically:

   (1) .20 gauge Ithaca Shotgun Model 37, serial number 195744;

   (2) .357 Taurus Revolver, serial number 794591;

   (3) seven (7) rounds of .357 ammunition;

   (4) two (2) .20 gauge Winchester shotgun shells;

   (5) one box of Wolf Performance Ammunition containing 42 9mm rounds;

   (6) one box of .357 Winchester rounds containing 34 rounds;

   (7) one box of .25 Auto Winchester rounds containing seven (7) rounds;

   (8) one box of .32 Auto Winchester rounds containing 19 rounds; and

   (9) one Second Chance bulletproof vest, serial number 01990926

is to be held by any authorized agency of the United States in its secure custody and control;

2. That pursuant to applicable law the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of the Forfeited Property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the Forfeited

Property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

   3. That this notice: (a) shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Forfeited Property; (b) shall be signed by the petitioner under penalty of perjury, and (c) shall set forth the nature and extent of the petitioner's right or interest in the Forfeited Property and any additional facts supporting the petitioner's claim and the relief sought;

   4. That the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Forfeited Property that is the subject of this Consent Judgment and Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

   5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture authorizing the United States to destroy the Forfeited Property.

**ORDERED** this 18th day of Dec , 2007.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By: DAVID E. MALAGOLD
Assistant U.S. Attorney

R. Joseph Gribko

December 16, 2007
Dated

- 4 -