UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | Crim. No. 07-509(DRD) |
| v. : | **O R D E R** |
| ERIC CORBIN : | |
| Defendant. : | |

Defendant having moved for a reduction of his 90 months sentence pursuant to 18 U.S.C. § 3582(c)(2), and the court having heard argument of counsel for the parties, and for the reasons set forth in an opinion of even date,

It is this 18th day of January, 2012 **ORDERED** that Defendant's motion is granted and his sentence is reduced from 90 months to 60 months with all other provisions of the original sentence to remain the same.

_____
DICKINSON R. DEBEVOISE